UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TROY KARPOVICH, as guardian of
MICHAEL R. KARPOVICH, a legally-
incapacitated person,

       Plaintiff,                    Case No. 2:18-cv-12247-SFC-DRG

                                      Honorable Sean F. Cox

v.

CITY OF DETROIT, a municipal corporation,
JAMES E. CRAIG, in his official capacity,
DETROIT BOARD OF POLICE COMMISSIONERS,
TIMOTHY L. LEACH, FREDERICK E.
PERSON, DETROIT POLICE OFFICERS
JOHN DOES 1 – 5, in their individual and
official capacities, TIMOTHY L. LEACH
d/b/a T. LEACH ENTERPRISE, and
EIGHTH STREET VENTURES, LLC,
d/b/a Ottava Via,

       Defendants.
_____/

| **JENNIFER G. DAMICO P-51403** | **MICHAEL T. RYAN P-53634** |
|---|---|
| **HOLLAND C. LOCKLEAR P-82236** | **CLIFFORD G. PREBAY P-59444** |
| MIKE MORSE LAW FIRM | MERRY, FARNEN & RYAN, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant Eight Street Ventures |
| 24901 Northwestern Highway, Suite 700 | LLC d/b/a Ottava Via |
| Southfield, Michigan 48075 | 300 Maple Park Blvd., Suite 301 |
| (248) 350-9050; Fax: (248) 281-9110 | St. Clair Shores, MI 48081 |
| jdamico@855mikewins.com | (586) 776-6700; Fax (586) 776-1501 |
| hlocklear@855mikewins.com | mryan@mfr-law.com |
| | cprebay@mfr-law.com |

| | |
|---|---|
| **SCOTT L. FEUER P-38185**<br>Attorney for Defendant Frederick E. Person<br>888 West Big Beaver Rd., Suite 850<br>Troy, MI 48084<br>(248) 723-7828, Ext. 201<br>Fax (248) 723-7857<br>sfeuer@fklawyers.com | **EDWARD V. KEELEAN P-29131**<br>CITY OF DETROIT LAW DEPARTMENT<br>Attorney for Defendants City of Detroit, James E. Craig and Detroit Board of Police Commissioners<br>2 Woodward Ave., Suite 500<br>Detroit, MI 48226<br>(313) 237-3059; Fax (313) 224-5505<br>keele@detroitmi.gov |
| **JOHN J. GILLOOLY P-41948**<br>**JOHN E. MCSORLEY P-17557**<br>GARAN LUCOW MILLER, P.C.<br>Attorneys for Defendant Timothy Leach<br>1155 Brewery Park Blvd., Suite 200<br>Detroit, MI 48207<br>(313) 446-5501<br>jgillooly@garanlucow.com<br>jmcsorley@garanlucow.com | **TIMOTHY L. LEACH**<br>ProSe for Timothy L. Leach dba T. Leach Enterprise<br>13198 Stratford Drive<br>Sterling Heights, MI 48313<br>(313) 475-8564<br>leachenterprise@gmail.com |

_____/

## **STIPULATION AND ORDER FOR DISCOVERY PRIOR TO RULE 26(f) SCHEDULING CONFERENCE**

Plaintiff and Defendants stipulate and agree to engage in the following limited discovery, prior to the Court's Rule 26(f) Scheduling Conference:

1. Each party may serve up to 40 interrogatories;

2. Each party may serve up to 30 requests for admissions;

3. Each party may serve up to 20 requests for production of documents and tangible things;

The parties further stipulate and agree that Defendant Person is exempted from participating in limited discovery prior to the Rule 26(f) Scheduling Conference.

| | |
|---|---|
| By: */s/ Jennifer G. Damico*<br>JENNIFER G. DAMICO P51403<br>Mike Morse Law Firm, PLLC<br>Attorney for Plaintiff | By: */s/ Clifford G. Prebay*<br>CLIFFORD G. PREBAY P59444<br>Merry, Farnen & Ryan, PC<br>Attorney for Defendant Eighth Street<br>Ventures, LLC dba Ottava Via |
| Dated:  November 1, 2018 | Dated:  November 1, 2018 |
| By: */s/ Scott L. Feuer*<br>SCOTT L. FEUER P38185<br>Attorney for Defendant<br>Frederick E. Person | By: */s/ Edward V. Keelean*<br>EDWARD V. KEELEAN P29131<br>City of Detroit Law Department<br>Attorney for Defendants, City of<br>Detroit, BOPC, and James E. Craig |
| Dated:  November 1, 2018 | Dated:  November 1, 2018 |

By: */s/ John J. Gillooly*
JOHN J. GILLOOLY P41948
GARAN LUCOW MILLER, P.C.
Attorneys for Defendant Timothy L. Leach

Dated:  November 1, 2018

By: */s/ Timothy L. Leach*
TIMOTHY L. LEACH
*In pro se* for Timothy L. Leach
dba T. Leach Enterprise

Dated:  November 1, 2018

**IT IS SO ORDERED.**

Dated:  November 8, 2018                    s/Sean F. Cox
                                            Sean F. Cox
                                            U. S. District Judge