## 2009

| | # Cases | Exonerated | Sustained | Not Sustained | Within Policy | Unfounded | unjustified | Within Policy | Sustained Misconduct |
|---|---|---|---|---|---|---|---|---|---|
| Critical Injury Accident | 1 | | | | 1 | | | | |
| Excessive Force | 20 | 4 | 4 | 9 | | 3 | | | 8 |
| Fatal Shootings | 1 | | 1 | | | | | | |
| Fatal Vehicle Pursuit | 4 | 2 | 2 | | | | | | 2 |
| Injured Prisoner | 8 | 3 | 1 | 4 | | | | | 2 |
| Non-Fatal Shootings | 23 | 17 | 3 | 1 | | | 1 | 1 | 10 |
| Dept. Misconduct | 2 | | 1 | 1 | | | | | 1 |
| Shots Fired | 11 | 3 | 8 | | | | | | 8 |
| Unintentional Discharge | 4 | 1 | 3 | | | | | | 1 |
| Vehicle Pursuit W/Injuries | 1 | 1 | | | | | | | 3 |
| **Total** | 75 | 31 | 23 | 15 | 1 | 3 | 1 | 1 | |
| CLOSED OTHER | 1 | | | | | | | | |
| TOTAL CASES | 76 | | | | | | | | |

## 2008

| | # Cases | Exonerated | Sustained | Not Sustained | Unfounded | Sustained Misconduct |
|---|---|---|---|---|---|---|
| Critical Injury Accident | 1 | | | 1 | | |
| Excessive Force | 22 | 8 | 4 | 8 | 2 | 12 |
| Fatal Vehicle Pursuit | 1 | 1 | | | | 1 |
| Fatal Shootings | 8 | 7 | 1 | | | 1 |
| Injured Prisoner | 4 | 3 | 1 | | | 1 |
| Non-Fatal Shootings | 19 | 18 | 1 | | | 4 |
| Pedestrian Accident | 1 | 1 | | | | 1 |
| Shots Fired | 22 | 15 | 4 | | | 6 |
| Suicide W/PO's Gun | 1 | 1 | | | | |
| Unintentional Discharge | 4 | | 3 | | | 3 |
| Vehicle Pursuit W/Injuries | 3 | 1 | 2 | 1 | | 2 |
| **Total** | 86 | 55 | 16 | 13 | 2 | |
| CLOSED OTHER | 4 | | | | | |
| TOTAL CASES | 90 | | | | | |

## 2010

| | # Cases | Exonerated | Sustained | Not Sustained | Unfounded | Within Policy | Not within Policy | Sustained Misconduct |
|---|---|---|---|---|---|---|---|---|
| Excessive Force | 2 | 2 | | | | | | |
| Fatal Shooting | 8 | 7 | | | | 1 | | 3 |
| Hit and Run Accident | 1 | | | 1 | | | | |
| In Custody Death | 1 | 1 | | | | | | |
| Injured Prisoner | 2 | 2 | | | | | | |
| K-9 Bite | 1 | 1 | | | | | | |
| Non Fatal Shooting | 8 | 3 | 2 | 1 | | 1 | 1 | 4 |
| Off Duty Alleged Aslt | 1 | | 1 | | | | | 1 |
| Off Duty Misconduct | 1 | | 1 | | | | | 1 |
| Shots Fired Off Duty | 3 | 2 | 1 | | | | | 1 |
| Fatal Police Pursuit | 1 | | 1 | | | | | 1 |
| PR 24 Use of Force | 1 | 1 | | | | | | |
| Self Inflicted Non Fatal Shooting | 1 | 1 | | | | | | |
| Shots Fired | 9 | 5 | | | | 4 | | 2 |
| Unintentional Discharge | 4 | | 4 | | | | | 4 |
| Use of Force | 14 | 6 | 4 | 2 | 2 | | | |
| Vehicle Pursuit w/Injury | 2 | | 1 | | | 1 | | |
| **Total** | **60** | **31** | **15** | **4** | **2** | **7** | **1** | |
| CLOSED OTHER | 3 | | | | | | | |
| TOTAL | 63 | | | | | | | |

## 2011

| | # Cases | Exonerated | Sustained | Not Sustained | Within Policy | Not within Policy | Sustained Misconduct |
|---|---|---|---|---|---|---|---|
| Critical Injury Accident | 2 | | | 1 | 1 | | |
| Deadly Force | 1 | 1 | | | | | |
| Death Of | 1 | 1 | | | | | 1 |
| Detainee Injury | 5 | 3 | | | 1 | | 3 |
| Fatal Police Pursuit | 1 | | | 1 | 1 | | |
| Fatal Shootings | 2 | 2 | | | | | |
| In Custody Death | 1 | | | | 1 | | 1 |
| Non Fatal Shootings | 7 | 5 | 1 | | 1 | | 2 |
| Police Pursuit | 1 | 1 | | | | | |
| Police Pursuit w/Injuries | 3 | | | | 2 | 1 | |
| Shots Fired | 17 | 5 | 4 | | 8 | | 12 |
| Unintentioal Discharge | 3 | | 2 | | 1 | | 2 |
| Use of Force | 24 | 9 | 8 | 1 | 6 | | 13 |
| **Total** | **68** | **27** | **15** | **3** | **22** | **1** | |

| CLOSED OTHER | 6 |
|---|---|
| TOTAL CASES | 74 |

| 2012 | # Cases | Exonerated | Sustained | Not Sustained | Within Policy | Not within Policy | Sustained Misconduct |
|---|---|---|---|---|---|---|---|
| Accidental Discharge | 6 | | 3 | | 3 | 3 | 3 |
| Allegation of Force | 4 | 2 | | 1 | | 1 | 1 |
| Allegation of Shots Fired | 2 | | 1 | 1 | | | 1 |
| Excessive Force | 4 | 1 | 1 | 1 | 1 | | 1 |
| Fatal Police Pursuit | 2 | | | | 2 | | |
| Fatal Shootings | 4 | 2 | 1 | | 1 | | 2 |
| In Custody Death | 1 | 1 | | | | | 1 |
| Injury Accident | 1 | 1 | | | | | |
| Injured Prisoner | 1 | 1 | | | | | |
| Non Fatal Shootings | 11 | 3 | | | 7 | 1 | 2 |
| Police Pursuit | 2 | 1 | | | | 1 | 1 |
| Police Pursuit w/Injuries | 2 | | 1 | | | 1 | 1 |
| Shots Fired | 9 | 2 | 1 | | 5 | 1 | 4 |
| Use of Force | 8 | 2 | 1 | 2 | 3 | | |
| **Total** | **57** | **16** | **9** | **5** | **19** | **8** | |

| CLOSED OTHER | 6 |
|---|---|
| TOTAL CASES | 63 |

| 2013 | # Cases | Exonerated | Sustained | Not Sustained | Within Policy | Not within Policy | Sustained Misconduct |
|---|---|---|---|---|---|---|---|
| Fatal Shootings | 3 | 2 | | | 1 | | 1 |
| Non Fatal Shootings | 10 | 4 | | | 6 | | 1 |
| USE OF FORCE | 18 | 3 | 7 | 2 | 3 | 3 | 9 |
| Shots Fired | 8 | 7 | 1 | | | | 2 |
| Unintentional Discharge | 4 | | 4 | | | | 4 |
| Police Pursuit w/Injuries | 4 | 4 | | | | | 1 |
| injured Prisoner | 10 | 4 | 1 | 2 | 3 | | 2 |
| Fatal Vehicle Pursuit | 1 | | 1 | | | | 1 |
| Dog Shooting | 1 | | 1 | | | | 1 |
| Fatal Accident | 1 | 1 | | | | | |
| In Custody Death | 1 | 1 | 1 | | | | 1 |
| Other | 3 | | 2 | | | | 2 |
| Total | 64 | 26 | 18 | 4 | 13 | 3 | |

| | |
|---|---|
| CLOSED OTHER | 8 |
| TOTAL CASES | 72 |

## 2014

| | # Cases | Exonerated | Sustained | Not Sustained | Unfounded | Sustained Misconduct |
|---|---|---|---|---|---|---|
| Category 1 (Allegation) | 12 | 4 | 0 | 6 | 2 | 5 |
| Category 1 (other) | 5 | 1 | 2 | 2 | 0 | 3 |
| Category 2 (other) | 5 | 3 | | 2 | | 1 |
| Critical Vehicle Pursuit | 2 | 2 | | | | |
| Detainee Injury | 4 | 4 | | | | |
| Fatal Shootings | 3 | 3 | | | | 1 |
| Fatal Vehicle Pursuit | 6 | 6 | | | | 1 |
| Non Fatal Shootings | 10 | 10 | | | | 4 |
| Shots Fired | 5 | 4 | | 1 | | 1 |
| Unintentional Discharge | 2 | 1 | 1 | | | |
| **Total** | **54** | **38** | **3** | **11** | **2** | **1** |
| CLOSED OTHER | 1 | | | | | |
| TOTAL CASES | 55 | | | | | |

## 2015

| | # Cases | Exonerated | Sustained | Not Sustained | Unfounded | Sustained Misconduct |
|---|---|---|---|---|---|---|
| Category 1 (Allegation) | 4 | 1 | | 2 | 1 | 1 |
| Category 1 (other) | 15 | 6 | 1 | 4 | 4 | 5 |
| Category 2 (other) | | | | | | |
| Critical Vehicle Pursuit | 4 | 1 | 3 | | | 4 |
| Detainee Injury | 2 | 1 | | 1 | | 1 |
| Fatal Shootings | 1 | 1 | | | | 1 |
| Fatal Vehicle Pursuit | 4 | 2 | 2 | | | 3 |
| In Custody Death | 1 | 1 | | | | |
| Non Fatal Shootings | 9 | 8 | 1 | | | 4 |
| Shots Fired | 5 | 4 | 1 | | | 1 |
| Unintentional Discharge | 2 | | 2 | | | 2 |
| Total | 47 | 25 | 10 | 7 | 5 | |

| | | |
|---|---|---|
| CLOSED OTHER | 4 | |
| TOTAL CASES | 51 | |

## 2016

| | # Cases | Exonerated | Sustained | Not Sustained | Unfounded | Sustained Misconduct |
|---|---|---|---|---|---|---|
| Category 1 (Allegation) | 3 | 2 | | 1 | | |
| Category 1 (other) | 7 | 5 | 1 | 1 | | 3 |
| Category 2 (other) | 1 | 1 | | | | |
| Critical Vehicle Pursuit | | | | | | |
| Detainee Injury | 6 | 6 | | | | 1 |
| Fatal Accident | 1 | 1 | | | | |
| Fatal Shootings | | | | | | |
| Fatal Vehicle Pursuit | 2 | 1 | | 1 | | |
| Non Fatal Shootings | 4 | 4 | | | | 1 |
| Shots Fired | 7 | 5 | 1 | 1 | | 3 |
| Unintentional Discharge | 4 | | 4 | | | 4 |
| **Total** | 35 | 25 | 6 | 4 | 0 | |

| CLOSED OTHER | 1 |
|---|---|
| **TOTAL CASES** | **36** |

## 2017

| | # Cases | Exonerated | Sustained | Not Sustained | Unfounded | Sustained Misconduct |
|---|---|---|---|---|---|---|
| Category 1 (Allegation) | 3 | | 1 | 2 | | 1 |
| Category 1 (other) | 2 | 1 | 1 | | | 2 |
| Category 2 (other) | 1 | 1 | | | | |
| Category 3 | 1 | 1 | | | | |
| Critical Vehicle Pursuit | | | | | | |
| Detainee Injury | 1 | 1 | | | | |
| Fatal Shootings | 4 | 4 | | | | |
| Fatal Vehicle Pursuit | 5 | 1 | 4 | | | 4 |
| Non Fatal Shootings | 5 | 5 | | | | |
| Shots Fired | 11 | 11 | | | | |
| Unintentional Discharge | 4 | 1 | 3 | | | 1 |
| Total | 36 | 25 | 9 | 2 | 0 | 3 |

| CLOSED OTHER | 2 |
|---|---|
| TOTAL CASES | 38 |

## 2018

| | # Cases | Exonerated | Sustained | Not Sustained | Unfounded | Sustained Misconduct |
|---|---|---|---|---|---|---|
| Fatal Shootings | 3 | 3 | | | | 1 |
| Non Fatal Shootings | 5 | 3 | | | | |
| Category 1 (other) | 1 | | 2 | | | 2 |
| Category 1 (Allegation) | 1 | 1 | | | | |
| Shots Fired | 1 | 1 | | | | |
| Unintentional Discharge | 1 | | | 1 | | |
| Category 2 (other) | 3 | | 3 | | | 3 |
| Critical Vehicle Pursuit | 2 | | 2 | | | |
| Detainee Injury | 1 | 1 | | | | |
| Fatal Vehicle Pursuit | 1 | 1 | | | | |
| Category 3 | | | | | | 2 |
| In Custody Death | 1 | 1 | | | | |
| **Total** | **19** | **11** | **7** | **1** | **0** | |
| OPEN/PENDING | 13 | | | | | |
| CLOSED OTHER | 2 | | | | | |
| **TOTAL CASES** | **34** | | | | | |

## 2019

| | # Cases | Exonerated | Sustained | Not Sustained | Unfounded | Sustained Misconduct |
|---|---|---|---|---|---|---|
| Cat 1 Taser | 1 | | | | | |
| Category 1 (Allegation) | 1 | | | | | |
| Category 1 (other) | 5 | | | | | |
| Category 2 FI case | 5 | | | | | |
| Non Fatal Shootings | 1 | | | | | |
| Shots Fired | 2 | | | | | |
| Unintentional Discharge | 1 | | | | | |
| **Total** | **16** | **0** | **0** | **0** | **0** | **0** |
| OPEN/PENDING | 16 | | | | | |
| CLOSED OTHER | 0 | | | | | |
| TOTAL CASES | 16 | | | | | |