UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Troy Karpovich,

                Plaintiff(s),

v.                                                Case No. 2:18−cv−12247−SFC−DRG
                                                Hon. Sean F. Cox

City of Detroit, et al.,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Sean F. Cox at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  September 10, 2019 at 03:00 PM

**ADDITIONAL INFORMATION:**   Status Conference regarding Stipulation Extending Scheduling Order Dates.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/E Karhoff
                                                    Acting in the absence of Jennifer McCoy

Dated:   September 3, 2019