UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Troy Karpovich, as guardian of
Michael R. Karpovich,
a legally-incapacitated person,

    Plaintiff,

v.

City of Detroit, *et al.*,

    Defendants.
_____/

Case No. 18-12247

Sean F. Cox
United States District Court Judge

## ORDER GRANTING
## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT LEACH
## AND STAYING CASE FOR 30 DAYS

    Attorneys John J. Gillooly and Anthony Monticciolo, of the law firm Garan Lucow Miller, P.C., currently represent Defendant Timothy L. Leach in this action.  This matter is before the Court on their unopposed motion to withdraw as Counsel for Defendant Leach, filed on September 20, 2019.  In that motion, counsel also ask this Court to stay this action for a period of thirty days so that Mr. Leach can obtain new counsel to represent him.

    The Court held a hearing on this motion on October 17, 2019, during which Defendant Leach advised the Court that he does not oppose the motion and that he intends to obtain new counsel to represent him in this action.

    The Court hereby **GRANTS** the Motion to Withdraw and **ORDERS** that Mr. Gillooly and Mr. Monticciolo no longer represent Defendant Leach in this case.

    As stated on the record during the hearing, the Court **ORDERS** that, if Defendant Leach wishes to obtain new counsel to represent him in this case, he must do so **no later than November 17, 2019**, and have that attorney file an appearance in this case.  **If a new attorney**

**does not file an appearance in this case on behalf of Defendant Leach by November 17, 2019, then Defendant Leach will be deemed to be proceeding** *pro se* **(ie., representing himself) in this case.**

  **IT IS FURTHER ORDERED** that this case is **STAYED** until November 17, 2019.

  **IT IS SO ORDERED**.

                s/Sean F. Cox
                Sean F. Cox
                United States District Judge

Dated: October 17, 2019