UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Troy Karpovich, as guardian of
Michael R. Karpovich,
a legally-incapacitated person,

      Plaintiff,

v.                                                                          Case No. 18-12247

City of Detroit, *et al.*,                                         Sean F. Cox
                                                                     United States District Court Judge

      Defendants.
_____/

## ORDER
## DENYING MOTION FOR STAY WITHOUT PREJUDICE
## AND LIFTING STAY

In an order issued on October 17, 2019, this Court granted a motion to withdraw filed by counsel for Defendant Timothy Leach (attorneys John Gillooly and Anthony Monticciolo) and stayed this action until November 17, 2019, so that Defendant Leach could obtain new counsel. That order further provided that "if Defendant Leach wishes to obtain new counsel to represent him in this case, he must do so **no later than November 17, 2019**, and have that attorney file an appearance in this case. **If a new attorney does not file an appearance in this case on behalf of Defendant Leach by November 17, 2019, then Defendant Leach will be deemed to be proceeding *pro se* (ie., representing himself) in this case.**" (ECF No. 60) (emphasis in original).

Prior to withdrawing from this case, Defendant Leach's former counsel filed a motion seeking to stay this action until a state-court criminal case involving Leach and Defendant Person is resolved. (*See* ECF No. 59). Thereafter, this Court issued an order staying this case until a Status Conference could be held on November 25, 2019.

Mr. Leach did not obtain counsel to represent him in this case by November 17, 2019, and therefore, he is currently[1] proceeding *pro se* in this case, on his own behalf and on behalf of his designated business association named as a Defendant.

At the Status Conference held this date, the parties discussed the pending Motion to Stay. As noted, Defendant Leach and Defendant Person may not be able to be deposed in this case until the related criminal cases are resolved. In the meantime, however, the parties may proceed with other discovery in this case. As such, the Motion to Stay is **DENIED WITHOUT PREJUDICE** and the **STAY IS LIFTED**, with the understanding that the depositions of Defendants Leach and Person will be delayed until their criminal cases are resolved.

**IT IS FURTHER ORDERED** that the current scheduling order dates remain in force until further order of the Court

**IT IS SO ORDERED.**

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: November 25, 2019

---

[1] As discussed at the Status Conference, Mr. Leach is still free to obtain counsel to represent him in this civil case. But unless or until that happens, he is proceeding *pro se* in this civil case.