# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**TROY KARPOVICH, as guardian of**
**MICHAEL R. KARPOVICH, a legally-**
**incapacitated person,**

        **Plaintiff,**

**Case No. 2:18-cv-12247-SFC-DRG**

**Honorable Sean F. Cox**

**v.**

**CITY OF DETROIT, et. al**

        **Defendants.**

---

**JENNIFER G. DAMICO P-51403**
**HOLLAND C. LOCKLEAR P-82236**
MIKE MORSE LAW FIRM
Attorneys for Plaintiff
24901 Northwestern Highway, Suite 700
Southfield, Michigan 48075
(248) 350-9050; Fax: (248) 281-9110
jdamico@855mikewins.com
hlocklear@855mikewins.com

**TIMOTHY L. LEACH**
Pro Se for Timothy L. Leach dba T.
Leach Enterprise
13198 Stratford Drive
Sterling Heights, MI 48313
(313) 475-8564
leachenterprise@gmail.com

**SCOTT L. FEUER P-38185**
Attorney for Fred Person
888 West Big Beaver Rd., Suite 850
Troy, MI 48084
(248) 723-7828, Ext. 201
Fax (248) 723-7857
sfeuer@fklawyers.com

**MICHAEL M. MULLER (P-38070)**
Attorney for City, DBPC, Craig
2 Woodward Ave., Ste. 500
Detroit, MI 48226
(313) 237-5052
mullm@detroitmi.gov

## ORDER OF DISMISSAL

At a session of the said Court held in the Courthouse,
City of Detroit, County of Wayne, Michigan on:

June 4, 2021

PRESENT: HON **SEAN F. COX**
District Court Judge

**IT IS HEREBY ORDERED** that the within claims against defendants, City

of Detroit, Detroit Board of Police Commissioners, James Craig, Timothy Leach,

and Frederick Person are dismissed with prejudice and without costs or attorney

fees to any party.

All pending claims are hereby resolved and this case is now closed.

s/Sean F. Cox
**U.S. District Court Judge**

**Stipulation to substance and form:**

/s/Jennifer G. Damico
**Jennifer G. Damico (P-51403)**
Attorney for Plaintiffs

/s/Michael M. Muller
**Michael M. Muller (P-38070)**
Attorney for City, Craig &
DBPC

/s/Scott L. Feuer
**Scott L. Feuer (P-38185)**
Attorney for Frederick Person

**Timothy L. Leach**
In Propria Persona